UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| VICTORIANO TAVAREZ, Individually, and On Behalf of All Others Similarly Situated,<br><br>       Plaintiff,<br><br>-v-<br><br>THE BIG ISLAND BEE COMPANY, LLC,<br><br>       Defendant. | CIVIL ACTION NO.: 21 Civ. 9790 (ALC) (SLC)<br><br>**ORDER** |

**SARAH L. CAVE,** United States Magistrate Judge.

In light of the parties' stipulation of dismissal (ECF No. 23), the telephone conference scheduled for Wednesday, October 19, 2022 at 10:00 am is CANCELLED.

Dated:  New York, New York
     October 17, 2022

                    SO ORDERED.

                    _____
                    SARAH L. CAVE
                    **United States Magistrate Judge**